**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-002218-GPG

TONEY L. BROWN,

    Applicant,

v.

DAVID ZUPAN, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Respondents are directed to resend to Applicant, by February 27, 2015, the Pre-Answer Response, including all exhibits, that was filed with Court on February 3, 2015. Applicant shall have twenty-one days, from the date Respondents file a certificate of service with the Court indicating they have resent the Pre-Answer Response to Applicant, to file a Reply with the Court. Applicant's request for sanction and granting of Application, ECF No. 26, is denied.

Dated: February 21, 2015