**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-002218-GPG

TONEY L. BROWN,

      Applicant,

v.

DAVID ZUPAN, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

      Applicant's Fifth Motion Requesting an Extension of Time, ECF No. 38, filed July 24, 2015, is GRANTED. His Motion to Strike, ECF No. 38, is DENIED. Applicant shall have thirty days from the date Respondents enter a notification with the Court that they have sent to Applicant, and Applicant has received, the Pre-Answer Response, ECF No. 25.

      **Respondents are directed to respond and show cause why they have failed to comply with a Court order to resend the Pre-Answer Response to Applicant. Respondents also are directed to notify the Court that the Response, ECF No. 25, has been sent and received by Applicant. Respondents shall have until July 28, 2015, to comply with this Minute Order.**

Dated:  July 24, 2015

---