IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02218-GPG

TONEY L. BROWN,

    Applicant,

v.

DAVID ZUPAN, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## ORDER

---

In response to the Court's Order to File Pre-Answer Response, Respondents have filed a Response.   Applicant has filed a Reply to the Pre-Answer Response.   The Court has reviewed the Response and Reply and associated attachments.   In order for the Court to complete an initial review additional state court records are required.

Respondents, therefore, will be directed to provide to the Court the complete State Court Flat File in Case No. 1993CR964.   Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Respondents shall submit the state court records as set forth above.   It is

FURTHER ORDERED the only proper filing at this time is the requested state court record.   Any other filings will not be considered by the Court.   It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the following:

(1)   Clerk of the Court
      Adams County District Court
      1100 Judicial Drive
      Brighton, Colorado 80601; and

(2)   Court Services Manager
      State Court Administrator's Office
      101 W. Colfax, Ste. 500
      Denver, Colorado   80202.

Dated:   December 3, 2015

                              BY THE COURT:

                              s/Gordon P. Gallagher
                              United States Magistrate Judge